Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**Clyde & Co Us LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:   +1 480 746 4580
Facsimile:    +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>Defendants. | CASE NO.: _____<br><br>**NOTICE OF REMOVAL** |

Defendants Jose and Jane Doe De la Torre hereby submit their Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Local Rule of Civil Procedure 3.6, for the following reasons:

**I.     Commencement & Service**

Plaintiff originally filed this action in the Superior Court for Maricopa County, Arizona, on January 16, 2025, under case number CV2025-002126. ***See* Exhibit 1, State Court Docket.** Undersigned counsel waived service of the Complaint and Certificate of Compulsory Arbitration on April 7, 2025. *See* **Exhibit 7, Combined Waivers of Service.** Accordingly, this Notice of Removal is filed timely as required by 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (30-day removal period runs from proper service under state law).

**II.     Grounds for Removal**

This is a civil action between citizens of different states where the amount in controversy exceeds $75,000, exclusive of costs and interest. Defendants therefore are entitled to remove the state court action to this Court. *See* 28 U.S.C. §§ 1332, 1441.

    **A.     Complete Diversity Citizenship Exists Between the Parties.**

Upon information and belief, at all times relevant to this action, Plaintiff was resident and citizen of Arizona. *See* **Exhibit 3**, Complaint, ¶ 1. Defendants, by contrast, are citizens of California. *See id.*, ¶¶ 2–3. Complete diversity therefore exists between the Parties as required by § 1332(a)(1).

    **B.     The Amount in Controversy Exceeds $75,000.**

Defendants "bear[] the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds" $75,000. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996); 28 U.S.C. § 1446(c)(2)(B). Plaintiff's Complaint alleges $98,557.50 in past medical specials, future medical specials that may exceed $100,000, and lost wages of at least $37,575. **Exhibit 3**, ¶¶ 14–16. The amount in controversy therefore exceeds $75,000 as required by § 1332(a).

**III.    Venue**

Removal to this venue is appropriate because the District of Arizona embraces the Maricopa County Superior Court where Plaintiff initially filed this action. *See* 28 U.S.C. §§ 1441, 1446.

**IV.    Notice**

Contemporaneous with filing this Notice, Defendants have provided Plaintiff with written notice of this filing. Defendants also have filed a notice of this Notice of Removal with the Maricopa County Superior Court Clerk as required by 28 U.S.C. §1446(d) and Local Rule of Civil Procedure 3.6(a).

**V.     State Court Record**

Copies of all state court pleadings and orders are attached to this Notice of Removal. Pursuant to Local Rules of Civil Procedure 3.6(b), Defendants attach, and incorporate by

reference, true and correct copies of all the pleadings and other documents previously filed with the state court. *See* Exhibit 1, State Court Docket; Exhibit 2, Civil Coversheet; Exhibit 3, Complaint; Exhibit 4, Combined Summons; Exhibit 5, Certificate of Compulsory Arbitration; Exhibit 6, Notice of Appearance; and Exhibit 7, Combined Waivers of Service.

Dated: April 15, 2025

                                        CLYDE & CO US LLP

                                        By:   */s/ J. William VanDehei*
                                                  Kira Barrett
                                                  J. William VanDehei
                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter. Copies also were emailed to:

By: */s/ Kimberley M. Davison*