# EXHIBIT 1

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2025-002126 | **Judge:** | Ryan-Touhill, Jennifer |
| **File Date:** | 1/16/2025 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Joseph Grace | Plaintiff | Male | Sean Woods |
| Jose De La Torre | Defendant | Male | J VANDEHEI |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/7/2025 | WSS - Waiver Of Service Of Summons | 4/7/2025 | |
| **NOTE:** | WAIVER OF SERVICE OF DEFENDANT JANE DOE DE LA TORRE | | |
| 4/7/2025 | NAR - Notice Of Appearance | 4/7/2025 | |
| **NOTE:** | Notice of Appearance / EFILE BILLING $263.00 | | |
| 4/7/2025 | WSS - Waiver Of Service Of Summons | 4/8/2025 | |
| **NOTE:** | WAIVER OF SERVICE OF DEFENDANT JOSE DE LA TORRE | | |
| 3/26/2025 | 322 - ME: Notice Of Intent To Dismiss | 3/26/2025 | |
| 1/16/2025 | COM - Complaint | 1/17/2025 | |
| **NOTE:** | Plaintiff's Complaint | | |
| 1/16/2025 | CSH - Coversheet | 1/17/2025 | |
| **NOTE:** | Civil Cover Sheet | | |
| 1/16/2025 | CCN - Cert Arbitration - Not Subject | 1/17/2025 | |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 1/16/2025 | SUM - Summons | 1/17/2025 | |
| **NOTE:** | Summons | | |
| 1/16/2025 | SUM - Summons | 1/17/2025 | |
| **NOTE:** | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| **No records found.** | | | | | |

# EXHIBIT 2

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
1/16/2025 5:08:55 PM
Filing ID 19182100

**Plaintiff's Attorneys:**

Sean A. Woods - Primary Attorney
Bar Number: 028930, issuing State: AZ
Law Firm: Mills + Woods Law, PLLC
5055 N. 12th St. Suite 101
Phoenix, AZ 85014
Telephone Number: (480)999-4556
Email address: swoods@millsandwoods.com

Robert T. Mills
Bar Number: 018853, issuing State: AZ
Law Firm: Mills + Woods Law, PLLC
Telephone Number: (480)999-4556

**Plaintiff:**

Joseph Grace

**Defendants:**

Jose De La Torre

Jane Doe De La Torre

Discovery Tier t2

Case Category: Tort Motor Vehicle
Case Subcategory: Non-Death/Personal Injury

CV2025-002126

AZTurboCourt.gov Form Set #10954325

# EXHIBIT 3

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
1/16/2025 5:08:55 PM
Filing ID 19182099

1  Robert T. Mills (Arizona Bar #018853)
   Sean A. Woods (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone 480.999.4556
   docket@millsandwoods.com
5  swoods@millsandwoods.com
6  *Attorneys for Plaintiff*

7

8              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9                  **IN AND FOR THE COUNTY OF MARICOPA**

10  JOSEPH GRACE, an individual,            Case No.: **CV2025-002126**

11                  Plaintiff,
                                            **PLAINTIFF'S COMPLAINT**
12          vs.

13  JOSE DE LA TORRE and JANE DOE DE
    LA TORRE, a married couple,
14
                    Defendants.
15

16          For his Complaint against Defendants Jose De La Torre ("Defendant") and Jane

17  Doe De La Torre (collectively, "Defendants"), Plaintiff Joseph Grace ("Plaintiff" or

18  "Joseph") hereby alleges the following:

19
                    **PARTIES, JURISDICTION, VENUE, AND TIER**
20

21          1.      Plaintiff was a resident of Maricopa County, Arizona at all relevant times.

22          2.      Upon information and belief, Defendant is a resident of the State of

23  California.

24          3.      Defendant Jane Doe De La Torre ("Defendant Jane Doe") is, upon

25
26  information and belief, married to and residing with Defendant.  Further upon information

27  and belief, all actions and failures to act on the part of Defendant alleged herein were in

28

*MILLS + WOODS LAW, PLLC*
*5055 North 12th Street, Ste 101*
*Phoenix, AZ 85014*
*Telephone: 480.999.4556*

furtherance of the marital community consisting of him and Defendant Jane Doe, such that she is liable to Plaintiff to the same extent and degree as Defendant.

4.      Jurisdiction is proper pursuant to the Arizona Constitution.

5.      Venue is proper pursuant to A.R.S. § 12-401.

6.      This action qualifies for Tier 2 discovery pursuant to Rule 26.2(c)(3) of the Arizona Rules of Civile Procedure.

## GENERAL ALLEGATIONS

7.      At approximately 9:30 a.m. on January 16, 2023, Joseph was driving his black 2018 Dodge automobile ("Joseph's Vehicle") northbound on Sarival Avenue in Glendale, Arizona approaching the intersection with Bethany Home Road.

8.      There is no stop sign on northbound Sarival Avenue just prior to its intersection with Bethany Home Road.

9.      At the same time, Defendant was driving his red 2013 Freightliner ("Defendant's Vehicle") eastbound on Bethany Home Road approaching the same intersection.

10.     There *is* a stop sign on eastbound Bethany Home Road just prior to its intersection with Sarival Avenue.

11.     After moving forward past the stop sign, Defendant's Vehicle entered the intersection travelling eastbound.  At the same time, Joseph's Vehicle was in, or rapidly approaching, the intersection.

12.     Defendant failed to keep a proper lookout and failed to yield to Joseph's Vehicle, and therefore collided with it ("the Collision").

Mills + Woods Law, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

2

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

13.    Defendant was cited at the scene by police for failure to yield the right of way to Joseph's Vehicle.

14.    As a direct and proximate result of the Collision, Joseph sustained extensive physical injuries, including to his neck, back, and shoulders, requiring medical treatment costing no less than $98,557.50.

15.    Additionally, upon information and belief, in order to fully recover from his injuries Joseph will need medical care in the future which may include surgery, the full cost of which may range from the tens of thousands to more than $100,000.00.

16.    Also as a direct and proximate result of the Collision, Joseph has been unable to fully perform his occupational duties as a horse trainer, resulting in no less than $37,575.00 in lost wages since the Collision, or $18,787.50 per year.

### COUNT I – Negligence

17.    Plaintiff incorporates all the preceding paragraphs as if fully stated herein.

18.    As a fellow driver on the public highways, Defendant owed Plaintiff a duty to drive carefully so as not to subject him to unreasonable risks of harm.

19.    By moving forward past a stop sign, and entering the intersection of Bethany Home Road and Sarival Avenue eastbound at the same time Joseph's Vehicle was in, or rapidly approaching, that intersection travelling northbound, Defendant failed to keep a proper lookout for, and failed to yield the right-of-way to, Joseph's Vehicle, thus breaching the duties set forth above.

20.    The Collision occurred as a direct and proximate result of Defendant's breaches set forth above.

21.     As a direct and proximate result of the Collision, Plaintiff has incurred damages, the full extent of which will be proven at trial.

## COUNT II – Negligence Per Se

22.     Plaintiff incorporates all the preceding paragraphs as if fully stated herein.

23.     A.R.S. § 28-771(A), which provides that "[w]hen two vehicles enter or approach an intersection from different streets or highways at approximately the same time, the driver of the vehicle on the left shall yield the right-of-way to the vehicle on the right," is a statute enacted for public safety.

24.     A.R.S. § 28-773, which provides that "[t]he driver of a vehicle shall stop in obedience to a stop sign . . . and then proceed with caution yielding to vehicles that are not required to stop and that are within the intersection or are approaching so closely as to constitute an immediate hazard," is a statute enacted for public safety.

25.     A.R.S. § 28-693, which provides that "[a] person who drives a vehicle in reckless disregard for the safety of persons or property is guilty of reckless driving," is a statute enacted for the public safety.

26.     A.R.S. § 28-855(B), which provides that "[a] driver of a vehicle approaching a stop sign shall stop before entering the crosswalk on the near side of the intersection, or if there is no crosswalk, shall stop at a clearly marked stop line, or if there is no line, shall stop at the point nearest the intersecting roadway where the driver has a view of approaching traffic on the intersecting roadway before entering the intersection," is a statute enacted for public safety.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

27.    In moving past a stop sign to enter the intersection of Bethany Home Road and Sarival Avenue while travelling eastbound, at approximately the same time Joseph's Vehicle, without the presence of a stop sign and travelling northbound, was also in, or rapidly approaching, that intersection, Defendant violated all the statutes set forth above.

28.    Defendant's violation of the statutes above directly and proximately caused the Collision, which in turn directly and proximately caused Plaintiff to incur damages, the full extent of which will be proven at trial.

### **JURY TRIAL DEMAND**

29.    Plaintiff demands a jury trial for all issues so triable.

WHEREFORE, Plaintiff prays for the following in relief:

A.  For compensatory damages;

B.  For damages for his pain and suffering;

C.  For damages from his loss of income from the time of the Collision going forward;

D.  For punitive damages to an extent necessary to punish Defendants and to deter them and others from taking similar action in the future;

E.  For pre- and post-judgment interest on the above, to the full extent authorized by law, and;

F.  For such other and further relief as the Court finds to be just and equitable under the circumstances.

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

5

**RESPECTFULLY SUBMITTED** this 16th day of January 2025.

MILLS + WOODS LAW, PLLC

By____/s/ Sean A. Woods_____
       Robert T. Mills
       Sean A. Woods
       5055 North 12th Street, Suite 101
       Phoenix, Arizona 85014
       *Attorneys for Plaintiff*

**ORIGINAL** filed this 16th day of January 2025 via AZTurboCourt with the Clerk of the Maricopa County Superior Court.

_____/s/ Ben Dangerfield_____

6

# EXHIBIT 4

Person Filing: Sean A. Woods
Address (if not protected): 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Telephone: (480)999-4556
Email Address: swoods@millsandwoods.com
Representing [ ☐ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 028930, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
1/16/2025 5:08:55 PM
Filing ID 19182102

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: CV2025-002126

Joseph Grace
Name of Plaintiff

**SUMMONS**

AND

Jose De La Torre, et al.
Name of Defendant

> **WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Jose De La Torre

Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #10954225

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *January 16, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *A. MARQUEZ*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Person Filing: Sean A. Woods
Address (if not protected): 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Telephone: (480)999-4556
Email Address: swoods@millsandwoods.com
Representing [ □ ] Self or [☒] Attorney for:
Lawyer's Bar Number: 028930, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
1/16/2025 5:08:55 PM
Filing ID 19182103

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: CV2025-002126

Joseph Grace
_____
Name of Plaintiff

**SUMMONS**

AND

Jose De La Torre, et al.
_____
Name of Defendant

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
| --- |

**FROM THE STATE OF ARIZONA TO:** Jane Doe De La Torre
_____
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #10954325

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *January 16, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *A. MARQUEZ*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT 5

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
1/16/2025 5:08:55 PM
Filing ID 19182101

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Joseph Grace
Plaintiff(s),
v.
Jose De La Torre, et al.
Defendant(s).

Case No.  CV2025-002126

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this  January 16, 2025

By: Sean A. Woods /s/
     Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #1055425

# EXHIBIT 6

| | | |
|---|---|---|
| Office·Distribution | **SUPERIOR COURT OF ARIZONA**<br>**MARICOPA COUNTY** | **\*\*FILED\*\***<br>03/26/2025<br>by Superior Court Admin<br>on behalf of Clerk of the<br>Superior Court |

Ct. Admin<br>Deputy

03/22/2025                       COURT ADMINISTRATION

**Case Number:** CV2025-002126

**Joseph Grace**

**V.**

**Jose De La Torre**

---

The Judge assigned to this action is the Honorable Jennifer C Ryan-Touhill

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 01/16/2025 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 04/16/2025. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2025-002126

| Party Name | Attorney Name | |
|---|---|---|
| Joseph Grace | Sean Woods | Bar ID: 028930 |

# EXHIBIT 7

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
4/7/2025 10:29:44 AM
Filing ID 19630066

1  KIRA N. BARRETT (SBN: 029778)
   J. WILLIAM VANDEHEI (SBN: 035832)
2  **CLYDE & CO US LLP**
   One North Central Avenue, Suite 1030
3  Phoenix, AZ 85004
   Telephone:    +1 480 746 4580
4  Facsimile:    +1 480 746 4556
   *Kira.Barrett@clydeco.us*
5  *William.VanDehei@clydeco.us*

6  *Attorneys for Defendants*

7             **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                **IN AND FOR THE COUNTY OF MARICOPA**

9
   JOSEPH GRACE, an individual,              **Case No.: CV2025-002126**
10
             Plaintiff,
11                                           **NOTICE OF APPEARANCE**
        vs.
12
   JOSE DE LA TORRE and JANE DOE DE
13 LA TORRE, a married couple,               *(Assigned to Hon. Jennifer Ryan-Touhill)*

14           Defendants.

15
16          Notice is hereby given that Kira N. Barrett, J. William VanDehei, and the law firm
16 Clyde & Co US, LLP, are appearing as counsel of record for Defendants. All future
17
   pleadings, documents, and other mailings should be sent to the following:
18
19                             Kira N. Barrett
                               William VanDehei
20                             Clyde & Co US, LLP
                         One North Central Avenue, Suite 1030
21                             Phoenix, AZ 85004
                             Kira.Barrett@clydeco.us
22                          William.VanDehei@clydeco.us

23
   Dated: April 7, 2025
24
                                   CLYDE & CO US LLP
25
                             By:  */s/ J. William VanDehei*
26                                Kira Barrett
                                  J. William VanDehei
27                                *Attorneys for Defendants*

28

1    ORIGINAL of the foregoing e-filed
2    and e-served via Turbo Court this
     7th day of April, 2025, to:
3
4    Robert T. Mills
     Sean A. Woods
5    **MILLS + WOODS LAW, PLLC**
     5055 North 12th Street, Suite 101
6    Phoenix, Arizona 85014
7    swoods@millsandwoods.com
     docket@millsandwoods.com
8    *Attorneys for Plaintiff*
9
10   By: */s/ Kimberley M. Davison*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

Clerk of the Superior Court
*** Electronically Filed ***
L. Martinez, Deputy
4/7/2025 2:27:51 PM
Filing ID 19628762

1  Robert T. Mills (Arizona Bar #018853)
2  Sean A. Woods (Arizona Bar #028930)
   **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone 480.999.4556
   docket@millsandwoods.com
5  swoods@millsandwoods.com
6  *Attorneys for Plaintiff*

7

8              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9              **IN AND FOR THE COUNTY OF MARICOPA**

10  JOSEPH GRACE, an individual,          Case No.: CV2025-002126

11              Plaintiff,
                                          **WAIVER OF SERVICE OF**
12      vs.                               **DEFENDANT JOSE DE LA TORRE**

13  JOSE DE LA TORRE and JANE DOE DE
    LA TORRE, a married couple,
                                          (Assigned to the Hon. Jennifer Ryan-
14              Defendants.               Touhill)

15

16          On behalf of, and as counsel for, Defendant Jose De La Torre ("my client") in this

17  action, I hereby acknowledge receipt of a copy of Plaintiff's Complaint and Certificate of

18  Compulsory Arbitration and waive the requirement for service of process of the above

19  documents and a Summons. I retain all defenses to this action except for those based on a

20  defect in the summons or in its service. I understand that a judgment may be entered against

21  my client if an answer or motion under Rule 12 is not served within sixty (60) days of

22  April 7, 2025, the date of execution of this Waiver.

23

24

25

26                                              _____
                                                William VanDehei
27

28

*(left margin, vertical)* MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**RESPECTFULLY SUBMITTED** this 7th day of April 2025.

**MILLS + WOODS LAW, PLLC**


By____*/s/ Sean A. Woods*_____
        *Attorney for Plaintiff*


**ORIGINAL** filed this 7th day of April 2025
via AZTurboCourt with the Clerk of the
Maricopa County Superior Court.

**COPIES** served this 7th day of April 2025
via email to:

Kira Barrett
William VanDehei
Kira.Barrett@clydeco.us
William.VanDehei@clydeco.us
Holly.Hommel@clydeco.us
Kimberley.Davison@clydeco.us
**CLYDE & CO US LLP**
1 N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4572
*Attorneys for Defendants*


____*/s/ Ben Dangerfield*_____

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
4/7/2025 2:32:41 PM
Filing ID 19628810

1  Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
4  Telephone 480.999.4556
docket@millsandwoods.com
5  swoods@millsandwoods.com
6  *Attorneys for Plaintiff*

7

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8

## IN AND FOR THE COUNTY OF MARICOPA

9

10  JOSEPH GRACE, an individual,

Plaintiff,
11

12  vs.

13  JOSE DE LA TORRE and JANE DOE DE
LA TORRE, a married couple,

14  Defendants.

15

Case No.: CV2025-002126

**WAIVER OF SERVICE OF
DEFENDANT JANE DOE DE LA
TORRE**

(Assigned to the Hon. Jennifer Ryan-
Touhill)

16        On behalf of, and as counsel for, Defendant Jane Doe De La Torre ("my client") in

17  this action, I hereby acknowledge receipt of a copy of Plaintiff's Complaint and Certificate

18  of Compulsory Arbitration and waive the requirement for service of process of the above

19  documents and a Summons. I retain all defenses to this action except for those based on a

20  defect in the summons or in its service. I understand that a judgment may be entered against

21  my client if an answer or motion under Rule 12 is not served within sixty (60) days of

22  April 7, 2025, the date of execution of this Waiver.

23

24

25

26  _____
William VanDeher
27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

**RESPECTFULLY SUBMITTED** this 7th day of April 2025.

**MILLS + WOODS LAW, PLLC**


By_____*/s/ Sean A. Woods*_____
      *Attorney for Plaintiff*



**ORIGINAL** filed this 7th day of April 2025
via AZTurboCourt with the Clerk of the
Maricopa County Superior Court.

**COPIES** served this 7th day of April 2025
via email to:

Kira Barrett
William VanDehei
Kira.Barrett@clydeco.us
William.VanDehei@clydeco.us
Holly.Hommel@clydeco.us
Kimberley.Davison@clydeco.us
**CLYDE & CO US LLP**
1 N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4572
*Attorneys for Defendants*


_____*/s/ Ben Dangerfield*_____

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

2