Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**Clyde & Co Us LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:    +1 480 746 4580
Facsimile:    +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>         Defendants. | **CASE NO.: 2:25-cv-01257-DWL**<br><br>**DEFENDANT JOSE DE LA TORRE AND JANE DOE DE LA TORRE'S RULE 7.1 DIVERSITY DISCLOSURE STATEMENT** |

Defendants Jose and Jane Doe De la Torre hereby submit this Diversity Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(2), and declares as follows:

1. Plaintiff Joseph Grace is a resident and citizen of Arizona.
2. Defendants Jose and Jane Doe De la Torre are residents and citizens of California.

Defendants will file a supplemental disclosure statement upon any change of the information provided above.

Dated: April 29, 2025

                                        CLYDE & CO US LLP

                              By: */s/ J. William VanDehei*
                                        Kira Barrett
                                        J. William VanDehei
                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter. Copies also were emailed to:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*


By: */s/ Kimberley M. Davison*