Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace,<br><br>                    Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>                    Defendants. | Case No.: CV-25-01257-PHX-DWL<br><br>**RULE 26(F) JOINT CASE MANAGEMENT REPORT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's "Order Requiring Rule 26(f) Report," ECF No. 7, Plaintiff Joseph Grace ("Plaintiff") and Defendants Jose De la Torre and Jane Doe De la Torre (collectively, "Defendants") hereby jointly submit the Rule 26(f) Joint Case Management Report that follows.

**1.     Parties Attending:** Sean A. Woods on behalf of Plaintiff and Kira N. Barett on behalf of Defendants attended the Rule 26(f) meeting and assisted in developing the Joint Case Management Report.

**2.     List of Parties:** Plaintiff Joseph Grace, Defendant Jose De la Torre and Sandy Ruiz.

3. **Service and Appearance:** All Defendants have been served and have answered.

4. **Additional Parties:** None of the existing parties presently anticipate adding additional parties to the case or otherwise amending the pleadings.

5. **Parties Not Subject to Jurisdiction:** Each party is subject to this Court's jurisdiction.

6. **Subject Matter Jurisdiction:** This Court has subject matter jurisdiction over this action due to diversity jurisdiction, first because complete diversity exists between the parties. At all times relevant to this action, Plaintiff was a resident and citizen of Arizona. *See* Complaint, ¶ 1. Defendants, by contrast, are citizens of California. *See id.* ¶¶ 2-3. Complete diversity therefore exists between the Parties as required by § 1332(a)(1).

Second, the amount in controversy exceeds $75,000.00. Plaintiff's Complaint alleges $98,557.50 in past medical specials, future medical specials that may exceed $100,000, and lost wages of at least $37,575. *Id.* ¶¶ 14–16. The amount in controversy therefore exceeds $75,000 as required by § 1332(a).

Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441.

7. **Nature of the Case:**

Plaintiff's Description

This case involves an automobile collision that occurred on January 16, 2023. Plaintiff was driving northbound on Sarival Avenue in Glendale, Arizona approaching the intersection with Bethany Home Road. There is no stop sign on northbound Sarival

Avenue at that intersection. At the same time, Defendant Jose De la Torre ("Defendant Jose") was driving eastbound on Bethany Home Road approaching the same intersection. There *is* a stop sign on eastbound Bethany Home Road at that intersection.

After moving forward past the stop sign, Defendant Jose's vehicle entered the intersection travelling eastbound. At the same time, Plaintiff's vehicle was in, or rapidly approaching, the intersection. Defendant Jose failed to keep a proper lookout and failed to yield to Plaintiff's Vehicle, and as a result collided with it ("the Collision"). Defendant Jose was cited at the scene by police for failure to yield the right of way to Plaintiff's Vehicle.

As a direct and proximate result of the Collision, Plaintiff sustained extensive and severe physical injuries which required medical treatment costing no less than $98,557.50. Additionally, he anticipates needing future medical care, the full cost of which may range from the tens of thousands to more than $100,000.00. Moreover, Plaintiff has been unable to fully perform his occupational duties as a horse trainer, resulting in no less than $37,575.00 in lost wages since the Collision, or $18,787.50 per year.

Plaintiff now brings claims against Defendants for negligence and negligence per se.

Defendants' Description

Defendant De La Torre and Plaintiff were involved in a collision at the intersection of Bethany Home Road and Sarival Avenue on January 16, 2023. On the date of the collision, the weather was raining and overcast. Defendant De La Torre does not recall observing Plaintiff's vehicle prior to the collision and upon information and belief, Plaintiff

3

failed to have his lights on and/or was distracted by his cell phone prior to the collision. Defendants deny liability and contest the nature and extent of injuries and damages claimed by Plaintiff.

**8.** **Contemplated Motions:** At present, Plaintiff is not contemplating the filing of any motions. Defendants anticipate filing a motion for partial summary judgment regarding punitive damages. Defendants may identify additional motions or causes of action appropriate for summary judgment as discovery progresses and reserve their right to expand on this if the evidence and law support such motions.

**9.** **Prospects for Settlement:** The parties anticipate private mediation as opposed to the need for a Magistrate Judge for the purposes of a settlement conference.

**10.** **Related Cases:** The parties are unaware of any related cases pending before this or any other court.

**11.** **ESI:** The parties anticipate that disclosure and discovery in this action will largely involve electronically stored information ("ESI"), which will largely be exchanged between them in .pdf format.

**12.** **Privilege:** At present, the parties do not anticipate any issues arising regarding claims of privilege or work product.

**13.** **Discovery:**

a. <u>Anticipated Discovery:</u> Plaintiff anticipates seeking discovery relating to topics including but not necessarily limited to the police investigation of the Collision and Defendant Jose's driving history, distractions or interference at the time of the Collision, information recorded by his vehicle relating to the Collision.

4

Defendants anticipate seeking discovery relating to topics including but not limited to Plaintiff's pre- and post-accident injuries, possible seatbelt malfunction in Plaintiff's vehicle, and Plaintiff's post-accident activities.

      b.    <u>Suggested Rule Changes:</u> At present, the parties do not anticipate the need for any changes to the discovery limitations proscribed in the Federal Rules of Civil Procedure.

      c.    <u>Deposition Time Limits:</u> The parties propose that each deposition be limited to 4 hours, and that the total time for all depositions conducted by each side be limited to 28 hours.

**14.**    **Proposed Deadlines:** The parties propose that:

      a.    **May 30, 2026** be the last day to complete fact discovery and serve pretrial disclosures;

      b.    **February 28, 2026** be the last day for Plaintiff to serve full and complete expert disclosures, **March 31, 2026** be the last day for Defendants to serve full and complete expert disclosures, and **April 30, 2026** be the last day for the parties to serve rebuttal expert disclosures;

      c.    **June 30, 2026** be the last day to complete expert depositions;

      d.    **January 31, 2026** be the last day to notice Rule 35 physical or mental examinations;

      e.    **July 30, 2026** be the last day to file dispositive motions;

      f.    No case-specific deadlines need be set;

5

g. **June 30, 2026** be the last day to engage in face-to-face good faith settlement talks;

h. Plaintiff has requested, and Defendants do not contest, a jury trial for all issues so triable;

i. No other matters exist that would aid the Court and parties in resolving this case in a just, speedy, and inexpensive manner.

**15.** **Case Management Conference:** The parties do not believe that a case management conference is needed.

**RESPECTFULLY SUBMITTED** this 7th day of August 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**CLYDE & CO US, LLP**

By  */s/ Kira N. Barrett (w/ permission)*
    Kira N. Barrett
    Brent Dugwyler
    One N Central Ave., Ste. 1030
    Phoenix, AZ 85004
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
Brent Dugwyler
Brent.Dugwyler@clydeco.us
**CLYDE & CO US, LLP**
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*


      /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

7