Kira N. Barrett (SBN: 029778)
Brent Dugwyler (SBN: 039555)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:  +1 480 746 4580
Facsimile:   +1 480 746 4556
*Kira.Barrett@clydeco.us*
*Brent.Dugwyler@clydeco.us*
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**DEFENDANTS NOTICE OF SERVICE**<br><br>*(Assigned to the Hon. Dominic W. Lanza)* |

Defendants, by and through undersigned counsel, hereby notify the Court that they have served their Initial Disclosure Statement and First Set of Discovery Requests on Plaintiff Joseph Grace, by emailing a copy to his attorney, pursuant to FRCP 26, on the below date.

Dated: August 25, 2025

**CLYDE & CO US LLP**


By:  */s/ Kira N. Barrett*
 Kira N. Barrett
 Brent Dugwyler
 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

By: */s/ Holly Hommel*