Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace,<br><br>        Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>        Defendants. | Case No.: CV-25-01257-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Joseph Grace hereby gives notice that this same day he served his Initial Disclosure Statement upon Defendants' counsel via email.

**RESPECTFULLY SUBMITTED** this 15th day of September 2025.

                              **MILLS + WOODS LAW, PLLC**

                              By   */s/ Sean A. Woods*
                                  Robert T. Mills
                                  Sean A. Woods
                                  5055 North 12th Street, Suite 101
                                  Phoenix, AZ 85014
                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
Brent Dugwyler
Brent.Dugwyler@clydeco.us
**CLYDE & CO US, LLP**
joslin.vega@clydeco.us
kimberley.Davison@clydeco.us
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*

     /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556