Kira N. Barrett (SBN: 029778)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:  +1 480 746 4580
Facsimile:   +1 480 746 4556
*Kira.Barrett@clydeco.us*

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>Jose De la Torre and Sandy Ruiz, a married couple,<br><br>              Defendants. | Case No. 2:25-cv-01257-DWL<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br>*(Assigned to Hon. Dominic W. Lanza)* |

PLEASE TAKE NOTICE that attorney Brent Dugwyler is no longer with the law firm of Clyde & Co US LLP, and should be removed as counsel of record for Defendants Jose De la Torre and Sandy Ruiz ("Defendants"). Kira N. Barrett of Clyde & Co US LLP will continue to serve as counsel of record for Defendants.

Dated: September 19, 2025.         **CLYDE & CO US LLP**

                                                          By:   */s/ Kira N. Barrett*
                                                                    Kira N. Barrett
                                                                    *Attorneys for Defendants*

…

…

…

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

By: */s/ Joslin Vega*

CLYDE & CO US LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4580