Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace,<br><br>                    Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>                    Defendants. | Case No.: CV-25-01257-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF RESPONSE TO INTERROGATORIES**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Joseph Grace ("Plaintiff") hereby gives notice that on October 15, 2025 he served his Response to Defendants' First Set of Interrogatories upon Defendants' counsel via email.

**RESPECTFULLY SUBMITTED** this 15th day of October 2025.

                                  **MILLS + WOODS LAW, PLLC**

                                  By   */s/ Sean A. Woods*
                                       Robert T. Mills
                                       Sean A. Woods
                                       5055 North 12th Street, Suite 101
                                       Phoenix, AZ 85014
                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
**CLYDE & CO US, LLP**
joslin.vega@clydeco.us
kimberley.Davison@clydeco.us
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*

　　　/s/ Ben Dangerfield