Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace,<br><br>  Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>  Defendants. | Case No.: CV-25-01257-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF FIRST SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Joseph Grace ("Plaintiff") hereby gives notice that on October 16, 2025 he served his First Supplemental Disclosure Statement upon Defendants' counsel via email.

**RESPECTFULLY SUBMITTED** this 16th day of October 2025.

                        **MILLS + WOODS LAW, PLLC**

                        By   */s/ Sean A. Woods*
                            Robert T. Mills
                            Sean A. Woods
                            5055 North 12th Street, Suite 101
                            Phoenix, AZ 85014
                            *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
**CLYDE & CO US, LLP**
joslin.vega@clydeco.us
kimberley.Davison@clydeco.us
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*

      /s/ Ben Dangerfield

2