Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace,<br><br>                    Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>                    Defendants. | Case No.: CV-25-01257-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff hereby gives notice that this same day he served his Second Supplemental Disclosure Statement and his Response to Defendants' First Set of Requests for Production, upon Defendants' counsel via email.

**RESPECTFULLY SUBMITTED** this 12th day of December 2025.

                              **MILLS + WOODS LAW, PLLC**


                              By    */s/ Sean A. Woods*
                                    Robert T. Mills
                                    Sean A. Woods
                                    5055 North 12th Street, Suite 101
                                    Phoenix, AZ 85014
                                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
**CLYDE & CO US, LLP**
joslin.vega@clydeco.us
kimberley.Davison@clydeco.us
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*

   /s/ Ben Dangerfield