Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**Clyde & Co Us LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:   +1 480 746 4580
Facsimile:   +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual, | Case No.: 2:25-cv-01257-DWL |
| Plaintiff, | |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| Jose De la Torre and Jane Doe De la Torre, a married couple, | |
| Defendants. | |

Notice is hereby given that J. William VanDehei of the law firm Clyde & Co US, LLP associates in as counsel of record for Defendants Jose De la Torre and Jane Doe De la Torre. Current counsel, Kira Barrett, will remain counsel for Defendants. All future notices, documents, and pleadings should be sent to the following:

> Kira N. Barrett
> J. William Van Dehei
> Clyde & Co US, LLP
> One North Central Avenue, Suite 1030
> Phoenix, AZ 85004
> Kira.Barrett@clydeco.us
> William.VanDehei@clydeco.us

| | | |
|---|---|---|
| Dated: February 4, 2026 | | CLYDE & CO US LLP |
| | By: | /s/ J. William VanDehei |
| | | Kira N. Barrett |
| | | J. William VanDehei |
| | | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

By: */s/ Kimberley M. Davison*