Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**Clyde & Co Us LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:   +1 480 746 4580
Facsimile:   +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**DEFENDANTS NOTICE OF SERVICE**<br><br>*(Assigned to the Hon. Dominic W. Lanza)* |

Defendants, by and through undersigned counsel, hereby notify the Court that they have served their First Supplemental Disclosure Statement on October 17, 2025, and their Second Supplemental Disclosure Statement on February 3, 2026, upon Plaintiff Joseph Grace, by emailing a copy to his attorneys, pursuant to FRCP 26.

Dated: February 4, 2026

                                          **CLYDE & CO US LLP**

By:   */s/ J. William VanDehei*
        Kira N. Barrett
        J. William VanDehei
        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*


By: */s/ Kimberley M. Davison*