Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:   +1 480 746 4580
Facsimile:    +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre, et al.<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**STIPULATED MOTION TO AMEND CASE DEADLINES** |

Defendants Jose De la Torre and Sandy Ruiz, and Plaintiff Joseph Grace hereby submit this stipulated motion to extend the deadlines set forth in this Court's Case Management Order dated August 14, 2025 (Doc. 009).

The parties have completed a significant portion of discovery in this matter but continue to experience unexpected delays gathering documents and records including, in part, medical records from Ft. Bliss Army Base, El Paso, Texas. The parties also are in the process of meeting and conferring on written discovery issued by Defendant in hopes of reaching agreements that will avoid court intervention. The subject written discovery, when supplemented, may necessitate additional record subpoenas.

These materials are necessary for expert witnesses to finalize their reports and allow the parties to prepare adequately for mediation, which may obviate the need for further proceedings. The parties therefore respectfully request that the Court extend the current case deadlines by 45 days.

1  The parties are not requesting this extension for the purpose of delay. Rather, good
2  cause exists for an extension so that the parties may focus on mediation preparation and
3  avoid potentially unnecessary time and expense of further proceedings.
4  This is the parties' first request for an extension of case deadlines. Given the extended
5  delays already experienced, however, the parties would note that further extension requests
6  may be necessary.
7  A proposed form of order is included with this filing.

Dated: March 4, 2026

                                            CLYDE & CO US LLP

                                            By:  */s/ J. William VanDehei*
                                                  Kira Barrett
                                                  J. William VanDehei
                                                  *Attorneys for Defendants*

                                            MILLS + WOODS LAW, PLLC

                                            By:  */s/ Sean A. Woods* (w/ permission)
                                                  Robert T. Mills
                                                  Sean A. Woods
                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter. Copies also were emailed to:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
bdangerfield@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*


By: */s/ Joslin Vega*