**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual, | Case No.: 2:25-cv-01257-DWL |
| Plaintiff, | |
| vs. | **FIRST AMENDED CASE MANAGEMENT ORDER** |
| Jose De la Torre, et al. | |
| Defendants. | |

This matter having come before the Court upon Stipulation (Doc. 020) of the Parties to extend deadlines contained in the Court's Order dated August 14, 2025, (Doc. 009) and it appearing that the parties continue to encounter delays obtaining necessary records, good cause having been shown;

IT IS HEREBY ORDERED that the deadlines contained in the Order dated August 14, 2025, be and are extended as follows:

| **Deadline** | **From** | **To** |
|---|---|---|
| Plaintiff's Expert Opinions | 02/28/2026 | 04/14/2026 |
| Defendants' Expert Opinions | 03/31/2026 | 05/15/2026 |
| Plaintiffs' Rebuttal Expert Opinions | 04/30/2026 | 06/15/2026 |
| Fact Discovery | 05/30/2026 | 07/14/2026 |
| Completion of Discovery | 06/30/2026 | 08/14/2026 |

| | | |
|---|---|---|
| Private Mediation | 06/30/2026 | 08/17/2026 |
| Dispositive Motions | 07/30/2026 | 09/15/2026 |

Dated: _____

_____
Honorable Dominic W. Lanza,
United States District Judge