Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>                    Defendants. | Case No.: CV-25-01257-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF THIRD SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Joseph Grace ("Plaintiff") hereby gives notice that this same day he served his Third Supplemental Disclosure Statement and accompanying documents upon Defendants via email to their counsel.

**RESPECTFULLY SUBMITTED** this 6th day of April 2026.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
         Robert T. Mills
         Sean A. Woods
         5055 North 12th Street, Suite 101
         Phoenix, AZ 85014
         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
J. William Van Dehei
william.vandehei@clydeco.us
**CLYDE & CO US, LLP**
joslin.vega@clydeco.us
kimberley.Davison@clydeco.us
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2