Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:   +1 480 746 4580
Facsimile:   +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>Jose De la Torre, et al.<br><br>        Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**DEFENDANTS' NOTICE OF SERVICE**<br><br>*(Assigned to the Hon. Dominic W. Lanza)* |

Defendants hereby notify the Court that they have served their Third Supplemental Disclosure Statement on May 11, 2026 upon Plaintiff Joseph Grace, by emailing a copy to his attorneys, pursuant to FRCP 26.

Dated: May 11, 2026                    **CLYDE & CO US LLP**


By:   */s/ Kira N. Barrett*
      Kira N. Barrett
      J. William VanDehei
      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*


By: */s/ Joslin Vega*