Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:    +1 480 746 4580
Facsimile:    +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre, et al.<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**STIPULATED MOTION TO AMEND CASE DEADLINES**<br><br>**(SECOND REQUEST)** |

Defendants Jose De la Torre and Sandy Ruiz, and Plaintiff Joseph Grace hereby submit this motion to extend the deadlines set forth in this Court's Case Management Order dated March 16, 2026 (Doc. 21).

The parties have completed a significant portion of discovery in this matter but continue to experience unexpected delays due to significant health issues to a family member of Plaintiff's counsel, which has prevented the parties from completing written discovery and finalizing their meet and confer process on written discovery issued by Defendant. The parties remain hopeful the issues can be resolved without requiring court intervention but given the family matters Plaintiff's counsel has needed to attend to, counsel has not been able to finish that process. The subject written discovery, when supplemented, may necessitate additional record subpoenas.

These materials are necessary for expert witnesses to finalize their reports and allow the parties to complete depositions necessary to prepare adequately for mediation, which

may obviate the need for further proceedings. The parties therefore respectfully request that the Court extend the current case deadlines by 60 days.

The parties are not requesting this extension for the purpose of delay. Rather, good cause exists for an extension so that the parties may focus on mediation preparation and avoid potentially unnecessary time and expense of further proceedings.

This is the parties' second request for an extension of case deadlines. Given the extended delays already experienced and continued health issues of Plaintiff's counsel's family member, however, the parties note that further extension requests may be necessary.

A proposed form of order is included with this filing.

Dated: June 16, 2026

CLYDE & CO US LLP

By:    */s/ J. William VanDehei*
Kira N. Barrett
J. William VanDehei
*Attorneys for Defendants*

MILLS + WOODS LAW, PLLC

By:    */s/ Sean A. Woods* (w/ permission)
Robert T. Mills
Sean A. Woods
*Attorneys for Plaintiff*

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of June, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ Joslin Vega*