**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual, | Case No.: 2:25-cv-01257-DWL |
| Plaintiff, | |
| vs. | **SECOND AMENDED CASE MANAGEMENT ORDER** |
| Jose De la Torre, et al. | |
| Defendants. | |

This matter having come before the Court upon Stipulation of the Parties (Doc. 25) to extend deadlines contained in the Court's Order dated March 16, 2026 (Doc. 21), and it appearing that the parties continue to encounter delays obtaining necessary records, good cause having been shown;

IT IS HEREBY ORDERED that the deadlines contained in the Order dated March 16, 2026, be and are extended as follows:

| **Deadline** | **From** | **To** |
|---|---|---|
| Plaintiffs' Rebuttal Expert Opinions | 06/15/2026 | 08/14/2026 |
| Fact Discovery | 7/14/2026 | 09/11/2026 |
| Completion of Discovery | 08/14/2026 | 10/13/2026 |
| Private Mediation | 08/17/2026 | 10/16/2026 |
| Dispositive Motions | 09/15/2026 | 11/13/2026 |

Dated: _____

_____
Honorable Dominic W. Lanza,
United States District Judge