Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, | Case No.: CV-25-01257-PHX-DWL |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| vs. | |
| Jose De la Torre and Jane Doe De la Torre, a married couple, | (Assigned to the Honorable Dominic W. Lanza) |
| Defendants. | |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Joseph Grace ("Plaintiff") hereby gives notice that this same day he served Interrogatories, Requests for Production, and Requests for Admission, upon Defendants via email to their counsel.

**RESPECTFULLY SUBMITTED** this 29th day of July 2026.

                         **MILLS + WOODS LAW, PLLC**

                      By   */s/ Sean A. Woods*
                           Robert T. Mills
                           Sean A. Woods
                           5055 North 12th Street, Suite 101
                           Phoenix, AZ 85014
                           *Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
J. William Van Dehei
william.vandehei@clydeco.us
**CLYDE & CO US, LLP**
joslin.vega@clydeco.us
kimberley.Davison@clydeco.us
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*

        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2