Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone:    +1 480 746 4580
Facsimile:    +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre, et al.<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br><br>**STIPULATED MOTION TO AMEND CASE MANAGEMENT ORDER** |

Defendants Jose De la Torre and Sandy Ruiz, and Plaintiff Joseph Grace hereby submit this stipulated motion to amend the Case Management Order dated June 16, 2026 (Doc. 26). The proposed order the parties' previously submitted to the Court (Doc. 25-1) inadvertently omitted the deadline for completion of expert witness depositions. Unanticipated scheduling conflicts also necessitate a brief, one-month extension of the current mediation deadline.

The parties therefore respectfully request that the Court revise its current Case Management Order to set the deadline for expert depositions to October 16, 2026, in line with the previously granted 60-day extension. The parties further request that the Court reset the mediation deadline to November 20, 2026.

/ / /

/ / /

The parties are not requesting this extension for the purpose of delay. Rather, good cause exists for the extensions to correct a previous omission and allow the parties to complete private mediation.

A proposed form of order is included with this filing.

Dated: August 3, 2026                    CLYDE & CO US LLP

By:  */s/ J. William VanDehei*
       Kira N. Barrett
       J. William VanDehei
       *Attorneys for Defendants*


MILLS + WOODS LAW, PLLC

By:  */s/ Sean A. Woods* (w/ permission)
       Robert T. Mills
       Sean A. Woods
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ Joslin Vega*