# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Joseph Grace, an individual,

       Plaintiff,

   vs.

Jose De la Torre, et al.

       Defendants.

Case No.: 2:25-cv-01257-DWL

**THIRD AMENDED CASE MANAGEMENT ORDER**

    This matter having come before the Court upon Stipulation of the Parties (Doc. 28) to extend deadlines contained in the Court's Order dated June 16, 2026 (Doc. 26), and good cause having been shown;

    IT IS HEREBY ORDERED that the deadlines contained in the Order dated June 16, 2026, are corrected to add completion of expert depositions and are extended as follows:

| **Deadline** | **From** | **To** |
| --- | --- | --- |
| Plaintiffs' Rebuttal Expert Opinions | 08/14/2026 | No Change |
| Fact Discovery | 09/11/2026 | No Change |
| **Completion of Expert Depositions** | **08/14/2026** | **10/16/2026** |
| Completion of Discovery | 10/13/2026 | No Change |
| **Private Mediation** | **10/16/2026** | **11/20/2026** |
| Dispositive Motions | 11/13/2026 | No Change |

Dated: _____

_____
Honorable Dominic W. Lanza,
United States District Judge