Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone: +1 480 746 4580
Facsimile: +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre, et al.<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**STIPULATED MOTION TO AMEND CASE MANAGEMENT ORDER**<br><br>**(FOURTH REQUEST)** |

Defendants Jose De la Torre and Sandy Ruiz, and Plaintiff Joseph Grace hereby submit this stipulated motion to amend the Case Management Orders dated June 16, 2026 (Doc. 26) and August 6, 2026 (Doc. 29). The parties have selected a mediator and worked diligently to prepare the case for a successful mediation on October 22, 2026. The parties, however, had encountered unanticipated scheduling difficulties regarding their respective depositions. Defendant has set Plaintiff's deposition to take place on September 15, 2026. The parties are still working to identify the date for Defendant Jose De la Torre's deposition but anticipate that will be set in the next week. Finally, Defendants encountered difficulty contacting an additional non-party individual that may have highly relevant information to confirm the need for their deposition.

The parties therefore respectfully request that the Court revise its current Case Management Order by extending the remaining discovery deadlines ninety days to allow for

the completion of lay witness depositions. This extension will not impact or otherwise delay the October 22, 2026 mediation.

The parties are not requesting this extension for the purpose of delay. Rather, good cause exists for the extensions to correct a previous omission and allow the parties to complete private mediation.

A proposed form of order is included with this filing.

Dated: September 9, 2026

CLYDE & CO US LLP

By: */s/ Kira N. Barrett*
Kira N. Barrett
J. William VanDehei
*Attorneys for Defendants*

MILLS + WOODS LAW, PLLC

By: */s/ Sean A. Woods* (w/ permission)
Robert T. Mills
Sean A. Woods
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ Joslin Vega*