**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Joseph Grace, an individual,

Plaintiff,

vs.

Jose De la Torre, et al.

Defendants.

Case No.: 2:25-cv-01257-DWL

**FOURTH AMENDED CASE MANAGEMENT ORDER**

This matter having come before the Court upon Stipulation of the Parties (Doc. 31) to extend deadlines contained in the Court's Orders dated June 16, 2026 (Doc 26) and August 6, 2026 (Doc. 29), and good cause having been shown;

IT IS HEREBY ORDERED that the case deadlines contained in the Orders June 16, 2026, and August 6, 2026, are extended as follows:

| **Deadline** | **From** | **To** |
|---|---|---|
| Fact Discovery | 09/11/2026 | 12/10/2026 |
| Completion of Expert Depositions | 10/16/2026 | 01/14/2027 |
| Completion of Discovery | 10/13/2026 | 01/11/2027 |
| Private Mediation | 11/20/2026 | No Change |
| Dispositive Motions | 11/13/2026 | 02/11/2027 |

Dated: _____________

_______________________________________
Honorable Dominic W. Lanza,
United States District Judge