Kira N. Barrett (SBN: 029778)
J. William VanDehei (SBN: 035832)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone: +1 480 746 4580
Facsimile: +1 480 746 4556
*Kira.Barrett@clydeco.us*
*William.VanDehei@clydeco.us*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre, et al.<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF JOSEPH GRACE**<br><br>*(Assigned to the Hon. Dominic W. Lanza)* |

**YOU ARE HEREBY NOTIFIED** that pursuant to Rule 30, Federal Rules of Civil Procedure, the testimony of the following person will be taken upon oral examination before an official authorized by law to administer oaths:

| | |
|---|---|
| **PERSON TO BE DEPOSED:** | **Joseph Grace** |
| **DATE/TIME:** | **September 15, 2026 - 1:30 pm** |
| **PLACE OF DEPOSITION** | **Clyde & Co.**<br>**One N. Central Ave., Ste. 1030**<br>**Phoenix, AZ 85004** |

This deposition will be taken by stenography. The deposition will continue until the examination is complete.

The testimony will be recorded stenographically by an official authorized by law to administer oaths. The reporter will provide a stenographic verbatim record of the deposition. The record will be prepared in accordance with the transcript preparation guidelines established by statue, court order, or by local custom and usage.

Dated: September 10, 2026 **CLYDE & CO US LLP**

By: */s/ Kira N. Barrett*
Kira N. Barrett
J. William VanDehei
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ Joslin Vega*