Kira N. Barrett (SBN: 029778)
Joel D. Brodfuehrer (SBN: 035550)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone: +1 480 746 4580
Facsimile: +1 480 746 4556
*Kira.Barrett@clydeco.us*
*Joel.Brodfuehrer@clydeco.com*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre, et al.<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Notice is hereby given that Joel D. Brodfuehrer of the law firm Clyde & Co US, LLP substitutes in place of J. William VanDehei as counsel of record for Defendants Jose De la Torre and Jane Doe De la Torre. All future pleadings, documents, notices, and other mailings should be served as follows:

Kira N. Barrett
Joel D. Brodfuehrer
Clyde & Co US, LLP
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Kira.Barrett@clydeco.us
Joel.Brodfuehrer@clydeco.com

Dated: September 15, 2026

**CLYDE & CO US LLP**

By: */s/ Joel D. Brodfuehrer*
Kira N. Barrett
Joel D. Brodfuehrer
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

By: */s/ Joslin Vega*