Kira N. Barrett (SBN: 029778)
Joel D. Brodfuehrer (State Bar No. 035550)
**Clyde & Co Us LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone: +1 480 746 4580
Facsimile: +1 480 746 4556
*Kira.Barrett@clydeco.us*
*Joel.Brodfuehrer@clydeco.com*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre and Jane Doe De la Torre, a married couple,<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**DEFENDANTS' NOTICE OF SERVICE** |

Defendants, by and through undersigned counsel, hereby notify the Court that they have served their Responses to Plaintiff's Interrogatories, Responses to Request for Admissions and Responses to Request for Production on Plaintiff Joseph Grace, by emailing a copy to his attorney, pursuant to FRCP 26, on the below date.

Dated: October 1, 2026

**CLYDE & CO US LLP**

By: */s/ Kira N. Barrett*
Kira N. Barrett
Joel Brodfuehrer
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

By: *<u>/s/ Joslin Vega</u>*