Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Joseph Grace,

Plaintiff,

vs.

Jose De la Torre and Jane Doe De la Torre, a married couple,

Defendants.

Case No.: CV-25-01257-PHX-DWL

**PLAINTIFF'S NOTICE OF SERVICE OF SIXTH SUPPLEMENTAL DISCLOSURE STATEMENT**

(Assigned to the Honorable Dominic W. Lanza)

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Joseph Grace ("Plaintiff") hereby gives notice that on this same day he served his Sixth Supplemental Disclosure Statement and accompanying documents upon Defendants via email to their counsel.

**RESPECTFULLY SUBMITTED** this 16th day of October 2026.

**MILLS + WOODS LAW, PLLC**

By *   /s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kira N. Barrett
Kira.Barrett@clydeco.us
Joel D. Brodfuehrer
Joel.Brodfuehrer@clydeco.com
sallie.bittner@clydeco.us
**Clyde & Co US, LLP**
joslin.vega@clydeco.us
kimberley.Davison@clydeco.us
One N Central Ave., Ste. 1030
Phoenix, AZ 85004
(480) 746-4580
*Attorneys for Defendants*

*/s/ Ben Dangerfield*