Kira N. Barrett (SBN: 029778)
Joel Brodfuehrer (State Bar No. 035550)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone: +1 480 746 4580
Facsimile: +1 480 746 4556
*Kira.Barrett@clydeco.us*
*Joel.Brodfuehrer@clydeco.com*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Jose De la Torre, et al.<br><br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**NOTICE OF SETTLEMENT** |

The Parties, Defendants Jose De la Torre and Sandy Ruiz, and Plaintiff Joseph Grace hereby notify the Court that the parties have reached a settlement of all claims. The parties anticipate filing a stipulation to dismiss and proposed order within 60 days.

Dated: October 23, 2026

**CLYDE & CO US LLP**

By: */s/ Kira N. Barrett*
Kira N. Barrett
Joel Brodfuehrer
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ Joslin Vega*