**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Joseph Grace,

Plaintiff,

v.

Jose De La Torre, et al.,

Defendants.

No. CV-25-01257-PHX-DWL

**ORDER**

The Court having received notice that this case has settled,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on January 5, 2027, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and all pending motions are denied as moot.

Dated this 27th day of October, 2026.



Dominic W. Lanza
United States District Judge