Kira N. Barrett (SBN: 029778)
Joel Brodfuehrer (SBN: 035550)
**CLYDE & CO US LLP**
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Telephone: (480) 746-4580
Facsimile: (480) 746-4556
*Kira.Barrett@clydeco.us*
*Joel.Brodfuehrer@clydeco.com*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Joseph Grace, an individual,

Plaintiff,

vs.

Jose De la Torre, et al.

Defendants.

Case No.: 2:25-cv-01257-DWL

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

*(Assigned to Hon. Dominic W. Lanza)*

Pursuant to the parties' Notice of Settlement (Doc. 37), the parties stipulate and respectfully request that the Court dismiss this action in its entirety and with prejudice, with each party to bear their own costs and attorneys' fess.

Dated: November 24, 2026

**CLYDE & CO US LLP**

By: */s/ Kira N. Barrett*
Kira N. Barrett
Joel Brodfuehrer
*Attorneys for Defendants*

MILLS + WOODS LAW, PLLC

By: */s/ Sean A. Woods (w/ permission)*
Robert T. Mills
Sean A. Woods
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ Joslin Vega*