**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Grace, an individual,<br>Plaintiff,<br>vs.<br>Jose De la Torre, et al.<br>Defendants. | Case No.: 2:25-cv-01257-DWL<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

The Court, having considered the parties' Stipulated Motion to Dismiss with Prejudice, and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion.

**IT IS FURTHER ORDERED** that Plaintiff Joseph Grace's claims against Defendants Jose De la Torre and Sandy Ruiz are dismissed with prejudice and with each party to bear their own costs and attorneys' fees.